## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JANICE A. STEINLE, in her capacity as Chapter 7 Trustee in *In re John Gorham and Jennifer Gorham,*

    Plaintiff,

vs.

THE LEWER AGENCY, INC., a foreign corporation

    Defendant.

Case No. 02-WY-1407-AJ (PAC)

## ORDER DENYING MOTIONS AS MOOT

On April 22, 2004, a "Notice of Settlement" was filed in the above captioned matter. The Mandate filed June 29, 2004 dismissed the appeal, upon consideration of the parties' stipulation to dismiss. Accordingly, the Court finds that all motions reflected on the docket as pending motions shall be denied as moot and the case closed, pursuant to the parties' stipulation of dismissal. It is therefore

**ORDERED** that all pending motions on the docket shall be, and are, **DENIED AS MOOT.**

Dated this 9th day of February, 2006.

                                               s/ Alan B. Johnson
                                    UNITED STATES DISTRICT JUDGE
                                        SITTING BY DESIGNATION